Hand-Delivered

FILED
CHARLOTTE, NC

MAR - 6 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Donna, Fox, Boldin.
Plaintiff,

vs. Publishing Clearing House, Case No. 3:20CV141U-RJC
Andy Goldberg.
300, Jericho,
Quadrangle, Dept 300.
Jericho, New York, 11753.
Defendant(s).
Andy Goldberg.

### A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

___ 42 U.S.C. §1985

___ Other (Please specify) Charlotte Division.

### B. PARTIES

1. Name of Plaintiff: Donna, Fox, Boldin.
   Address: 2120, North Davidson St.
   Charlotte, N.C.

2. Name of Defendant: Publishing Clearing House
   Address: Andy Goldberg, CEO.
   300 Jericho, Dept 300.
   Jericho, New York, 11753.

Is employed as CEO at Publishing Clearing House
   (Position/Title)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain: To not release winnings, due to race and disability.

3. Name of Defendant: Publishing Clearing House
   Address: 300 Jericho Quadrangle, Dept 300, Jericho, N.Y. 11753

   Is employed as CEO (Position/Title) at Publishing Clearing House (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain: I have been contestant since 2016, my status has been Elite, acquired Bonuses, millions of Tokens, status still Elite status. Andy Golberg, Publishing Clearing House.

4. Name of Defendant: Andy Golberg, Publishing Clearing House
   Address: 300 Jericho Quadrangle, Dept. 300

   Is employed as CEO Andy Golberg (Position/Title) at Publishing Clearing House (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain: Contestant since 2016. Status Elite, still Elite in 20/20 acquired Bonuses millions of Tokens

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem. I have been a contestant with the Publishing Clearing house since 2016, I have acquired Bonuses, millions of Tokens, suing due to Race and disability discrimination

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Discrimination due to race.
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.) Discrimination due to Disability, Traumatic brain survivor.

b. (1) Count 2: Discrimination due to Disability.
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.) I have acquired Bonuses, millions of tokens, Elite status since 2016, still elite in 20/20.

## E. INJURY

How have you been injured by the actions of the defendant(s)?

I have been humiliated, scammed, due to my brain injury, I was the perfect victim to take advantage of suing for discrimination of Race and my disability. Traumatic brain survivor, blood clot to my brain. God has let me live through an ordeal that some people don't live through.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES ✓   NO

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:
Plaintiff(s): Donna Fox (Bolding) under
Defendants(s): Rush homes in Virginia.

2. Name of court and case or docket number:
U.S. District, Virginia

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)
case was appealed in Virginia appellate court.

4. Issued raised:
Housing Discrimination. Asking the Court for a court appointed attorney.

5. When did you file the lawsuit? 2-6-2002
Date: Month/Year

6. When was it (will it be) decided? Same date, I didn't have a Lawyer. Defendant had Lawyer.

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?   YES ____   NO ✓

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.
Appellate court dismissed.

Filed with Charlotte Division,
Mecklenburg, North Carolina.

### G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

5 million dollars for humilliation, disability and the scamming, Racial profiling. since 2016. The Better Buisness Bureau has the official complaint since 2016.

JURY TRIAL REQUESTED     YES ✓  NO ___

Signed at: Mecklenburg, Charlotte Division   on _____
(Location)                                    (Date)

Signature: Donna Fox Boldin.

Address: 2120 North Davidson St. apt 38, Charlotte, N.C.

Phone: 919-264-5503.
E-Mail: donnaBoldin@yahoo.com.

Filing Date
3-6-2020.

To the Presiding Judge, I am a Traumatic Brain Survivor, a Blood Clot to my Brain, Publishing Clearing House has been scamming me since 2016. They are aware of my Race and disability. I would Like, if possible for the court to appoint me a court appointed Lawyer or, I will proceed pro-sé my status as a contestant ELite with bonuses and Tokens worth millions of Dollars, this is a billion Industry preying on the vulnerable.

Thank You, Donna, Fox, Boldin, 3-6-2020.
Prior Complaint with the Better Business Bureau.

I am a Traumatic Brain Survivor and have been a contestant with Publishing Clearing House since 2016. I have Acquired Bonuses and millions of Tokens my Status at the present Time is Elite, They are Aware that I have A Traumatic Brain injury and they are also Aware that, I am, African American. I have Endured A blood clot to my brain, I am Suing for discrimination of Race and also my disability. Their staff is predominately Caucassian I have Recieved numerous bonuses and millions of Tokens. These scam artists need to be brought to proper attention. My Initial Complaint the Better Buisness Bureau has A Copy.

3-6-20, Charlotte, N.C.